TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00363-CV







General Financial Services, Inc., and First Mortgage Company, Appellants



v.



L. Glenn Dippel and Roxie K. Dippel, Appellees







FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY


NO. 32,973, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING







PER CURIAM



 The parties have filed an agreed joint motion to vacate judgment and to dismiss this
appeal. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is vacated and the appeal is dismissed in accordance
with the settlement agreement of the parties.





Before Chief Justice Carroll, Justices Jones and B. A. Smith

Judgment Vacated and Appeal Dismissed on Agreed Joint Motion

Filed: March 20, 1996

Do Not Publish